UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

NORMA COMBS,

    Plaintiff,                              CASE NO.:  6:16-CV-00275-KKC

-vs-

WESTLAKE SERVICES, LLC, D/B/A
WESTLAKE FINANCIAL SERVICES,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, NORMA COMBS, by and through the undersigned counsel, hereby notifies the Court that the parties, Plaintiff, NORMA COMBS, and Defendant, WESTLAKE SERVICES, LLC, D/B/A WESTLAKE FINANCIAL SERVICES, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    /s/Frank H. Kerney, III, Esquire
    Frank H. Kerney, III, Esquire
    *Admitted Pro Hac Vice*
    Morgan & Morgan, Tampa, P.A.
    One Tampa City Center
    201 North Franklin Street, 7th Floor
    Tampa, FL 33602
    Telephone: (813) 223-5505
    Facsimile:  (813) 223-5402
    fkerney@forthepeople.com
    jkneeland@forthepeople.com
    cfallara@forthepeople.com
    Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2017, the foregoing document was served on the following parties or their counsel of record via the Court's CM/ECF Electronic Notice System: Chadwick A. McTighe, Stites & Harbison, PLLC, 400 W. Market Street, Suite 1800, Louisville, KY 40202 (cmctighe@stites.com); Zachary M. VanVactor, Stites & Harbison, PLLC, 400 W. Market Street, Suite 1800, Louisville, KY 40202 (zvanvactor@stites.com).

    */s/Frank H. Kerney, III, Esquire*
    Frank H. Kerney, III, Esquire
    *Admitted Pro Hac Vice*
    Morgan & Morgan, Tampa, P.A.