UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

NORMA COMBS,

    Plaintiff,

CASE NO.: 6:16-CV-00275-KKC

-vs-

WESTLAKE SERVICES, LLC, D/B/A
WESTLAKE FINANCIAL SERVICES,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Norma Combs, and the Defendant, Westlake Services, LLC d/b/a Westlake Financial Services, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 6th day of September, 2017.

*/s/ Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Morgan & Morgan, Tampa, P.A.
One Tampa City Center
Tampa, FL 33602
Tele: (813) 223-5505
Fax: (813) 223-5402
*Attorney for Plaintiff*

*/s/ Chadwick A. McTighe, Esquire*
Chadwick A. McTighe, Esquire
Stites & Harbison, PLLC
400 W. Market Street, Suite 1800
Louisville, KY 40202
Tele: (502) 587-3400
cmctighe@stites.com
*Attorney for Defendant*